IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN VIRGIL MCCUTCHEON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **04-558-JLF** |
| ) | |
| **DONALD YOUNG, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff McCutcheon's emergency motion for transfer from Western Correctional Center. **(Doc. 12).** According to plaintiff, upon transfer to Western he informed prison officials that an inmate there, Lambert, was his "enemy." Plaintiff is now housed in the same wing as Lambert, and Lambert is telling other inmates about the heinous nature of plaintiff's crime of conviction, thereby placing plaintiff in danger.

A review of the record reveals that the above-captioned civil rights complaint pertains solely to events that occurred while plaintiff was incarcerated at Shawnee Correctional Center, and all of the defendants are or were working at Shawnee. There is absolutely no connection between the claims and defendants in this action and the events at Western Correctional Center. Therefore, the Court lacks personal and subject matter jurisdiction to address plaintiff's request for a transfer and/or the events at Western Correctional Center. Plaintiff's must pursue administrative remedies at Western Correctional Center and/or file a separate legal action.

**IT IS THEREFORE ORDERED** that plaintiff's motion for emergency transfer **(Doc.**

**12)** is **DENIED** for lack of jurisdiction.

    **IT IS SO ORDERED.**

    **DATED: September 7, 2006**

                                                          **s/ Clifford J. Proud**
                                                          **CLIFFORD J. PROUD**
                                                          **U. S. MAGISTRATE JUDGE**