IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN VIRGIL MCCUTCHEON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **04-558-WDS** |
| ) | |
| **DONALD YOUNG, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

A review of the record reveals that defendant Donald Young has failed to file an answer or other responsive pleading within 60 days from when the waiver of service form was transmitted to him, despite having executed that waiver form. **(Doc. 36).**

**IT IS THEREFORE ORDERED** that on or before **June 22, 2007**, defendant Young shall **SHOW CAUSE** in writing why the Clerk of Court to enter default against him pursuant to Federal Rule of Civil Procedure 55.

**IT IS SO ORDERED.**

DATED: June 12, 2007               s/ Clifford J. Proud
                                   **CLIFFORD J. PROUD**
                                   **U. S. MAGISTRATE JUDGE**