IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOHN V. McCUTCHEON, #A-00147, )<br>  )<br>        Plaintiff, )<br>  )<br>-vs- )<br>  )<br>DONALD YOUNG, )<br>  )<br>        Defendant. ) | No. 04-558 |

## O R D E R

Before the Court are Defendant Donald Young's Response to the Court's order to show cause why default should not be entered against him (Doc. 40), motion to file a motion to dismiss *instanter* (Doc. 41), and motion to stay Young's responsive pleading until after the Court has ruled on his motion to dismiss (Doc. 42).

IT IS HEREBY ORDERED that the record shall reflect that the Court's order to show cause (Doc. 39) has been satisfied. Defendant Young's failure to timely file a responsive pleading was unintentional and attributable to the fact that he no longer works for the State of Illinois and there was an understandable snafu regarding his representation by the Attorney General.

IT IS FURTHER ORDERED that defendant Young's motion to file a motion to dismiss *instanter* (Doc. 41) is GRANTED. On or before June 30, 2007, Young shall file his motion to dismiss.

IT IS FURTHER ORDERED that defendant Young's motion to stay the time for filing a responsive pleading (Doc. 42) is DENIED. Young's motion to dismiss, even if granted, would not dispose of this case. Rather than possibly delay progress until the motion to

dismiss is decided, defendant Young shall, in accordance with Fed.R.Civ.P. 8(b) and (e), file his responsive pleading on or before July 10, 2007. If his motion to dismiss part of the complaint is unsuccessful, Young can move to amend his answer.

**IT IS SO ORDERED.**

**DATED: June 22, 2007**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**