# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN V. McCUTCHEON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> DONALD YOUNG, DAVID CHEEKS, WARDEN ) <br> BENSKO, NURSE CURRIE, WARDEN McCANN ) <br> and MAJOR POTTS, ) <br> ) <br> Defendants. ) | NO. 04-558-CJP |

## JUDGMENT IN A CIVIL CASE

Defendant **DAVID CHEEKS** was dismissed on August 25, 2006, by an Order entered by United States District Judge James L. Foreman (Doc. 14).

Defendants **WARDEN BENSKO, NURSE CURRIE, WARDEN McCANN** and **MAJOR POTTS** were dismissed by the filing of an Amended Complaint (Doc. 24).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of defendant **DONALD YOUNG** and against plaintiff **JOHN V. McCUTCHEON**.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **DONALD YOUNG, DAVID CHEEKS**, **WARDEN BENSKO, NURSE CURRIE, WARDEN McCANN** and **MAJOR POTTS** and against plaintiff **JOHN V. McCUTCHEON.**

Plaintiff shall take nothing from this action.

**DATED** this 23ʳᵈ day of September, 2008

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: S/ Angela Vehlewald**
                                                **Deputy Clerk**

**Approved by    S/ Clifford J. Proud**
           **United States Magistrate Judge**
                  **Clifford J. Proud**