IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

JOHN V. McCUTCHEON, #A-00147,    )
    )
    Plaintiff,    )
    )
    v.    )    No. 04-558-CJP
    )
DONALD YOUNG,    )
    )
    Defendant.    )

## ORDER

A review of the record reveals that attorney Laura K. Beasley, who was appointed to represent plaintiff John V. McCutcheon for trial only, remains on the docket as attorney of record for plaintiff. At this juncture, trial has been completed, the case is stayed on appeal, and plaintiff's motion for leave to proceed as a pauper is being processed.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall have the record reflect that attorney Laura K. Beasley is hereby terminated as attorney of record for plaintiff John V. McCutcheon. At this juncture, plaintiff McCutcheon is proceeding pro se. The address of record for plaintiff at Menard Correctional Center is current and correct.

**IT IS SO ORDERED.**

**DATED: November 26, 2008**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**