IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOHN V. McCUTCHEON, #A-00147, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-558-CJP |
| DONALD YOUNG, | ) |
| Defendant. | ) |

## ORDER

Attorney Laura K. Beasley was appointed to represent plaintiff John V. McCutcheon for trial only. During the course of representing plaintiff, costs totaling $457.58 were incurred, for which a Bill of Costs has been submitted to the Court. **(Doc. 110).** The defendants have no objections to the amounts charged **(Doc. 115)**, and the Court finds the costs reasonable and appropriate. Although plaintiff did not prevail in this action, the terms for the administration of the District Court Fund permit appointed attorneys in civil cases such as this to be reimbursed for such minor costs.

**IT IS THEREFORE ORDERED** that attorney Beasley's Bill of Costs **(Doc. 110)** is **GRANTED**, in that the Clerk of Court shall have attorney Beasley reimbursed for **$457.58** in costs, to be paid out of the District Court Fund.

**IT IS SO ORDERED.**

**DATED: January 9, 2009**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**